1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAE LEE,<br><br>        Plaintiff,<br><br>        v.<br><br>DONG YEOUN LEE, a/k/a DAMON LEE, CREATIVE GLOBAL INVESTMENT, INC., and GRACE MIN,<br><br>        Defendants. | No. 2:19-cv-08814 JAK (PVCx)<br><br>**JUDGMENT**<br><br>**JS-6** |

This action proceeded to trial beginning on December 8, 2022, before a duly impaneled and sworn jury.

The parties to the action are plaintiff Jiae Lee ("Jiae Lee"); and defendants Dong Yeoun Lee, a/k/a Damon Lee ("Damon Lee"), Creative Global Investment, Inc. ("CGI"), and Grace Min ("Grace Min") (collectively, "Defendants").

The issues have been tried, and the jury rendered a verdict as to liability and compensatory damages on December 20, 2022, and a verdict as to punitive damages on December 21, 2022.

The verdicts were accepted by the Court and filed by the Clerk.

Therefore, pursuant to Rule 58 of the Federal Rules of Civil Procedure, this final judgment is entered in this matter as follows:

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of Jiae Lee against Damon Lee on Jiae Lee's claims for fraud and intentional deceit, conversion, breach of fiduciary duty, and unjust enrichment.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of Jiae Lee against CGI on Jiae Lee's claim for breach of contract and CGI's affirmative defense of prevention of performance.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of Grace Min against Jiae Lee on Jiae Lee's claims for fraud and intentional deceit, negligent misrepresentation, conversion, and unjust enrichment.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of Jiae Lee against Damon Lee for compensatory and punitive damages.

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of Jiae Lee against CGI for compensatory damages.

Judgment is entered in favor of Jiae Lee against CGI and Damon Lee, jointly and severally, as follows:

1. $600,000 in compensatory damages;
2. $30,000 in compensatory damages; and
3. $251,194.52 in prejudgment interest.

These amounts total $881,194.52

Judgment is also entered in favor of Jiae Lee against Damon Lee individually in the following additional amounts:

1. $170,000 in compensatory damages; and
2. $2,400,000 in punitive damages.

These amounts total $2,570,000.

Post-judgment interest shall accrue at a daily rate of 0.013% on the foregoing amounts until judgment has been satisfied.

**IT IS FURTHER ORDERED AND ADJUDGED** that Jiae Lee is the prevailing party against Damon Lee and CGI and shall recover taxable costs of $____ from Damon Lee and CGI jointly and severally, with the amount to be stated by the Clerk based on a timely, compliant application to the Clerk as to the costs incurred by Jiae Lee.

**IT IS FURTHER ORDERED AND ADJUDGED** that Grace Min is the prevailing party against Jiae Lee and shall recover taxable costs of $____ from Jiae Lee, with the amount to be stated by the Clerk based on a timely and compliant application to the Clerk as to the costs incurred solely by Grace Min.

**IT IS SO ORDERED**.

DATED: October 19, 2023

_____
John A. Kronstadt
United States District Judge